IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

FILED
AUG 21 1998
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

TERRI L. WILLIAMS,

    Plaintiff,

vs.

UNIVERSITY OF SOUTH CAROLINA,

    Defendant.

C/A No. 3-98-1315-19BD

GRANTED
8/25/98
DATE 8-26-98
BRISTOW MARCHANT
U. S. MAGISTRATE JUDGE.

FILED
AUG 25 1998
LARRY W. PROPES, CLERK
COLUMBIA, S. C.

### DEFENDANT'S MOTION TO ALLOW IDENTIFICATION OF EXPERTS

Defendant University of South Carolina moves this Court for an order allowing it to identify rebuttal experts in accordance with Local Civil Rule 26.09 DSC. As grounds for its motion, Defendant states as follows:

1.     On May 6, 1998, Plaintiff filed Answers To Local Rule 7.04 Interrogatories And Request For Production Of Documents. In answer to Interrogatory (D), Plaintiff responded that she had "not yet identified and [sic] expert witness," and Plaintiff reserved the right to do so.

2.     By Scheduling Order entered June 15, 1998, this Court ordered Plaintiff and Defendant to comply with Local Rule 26.09 no later than August 14, 1998.

3.     Defendant served its first set of interrogatories and request for production on Plaintiff on June 26, 1998. Among the interrogatories was a request that Plaintiff identify the expert witnesses whom she expected to call at trial.