IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

FILED

NOV 2 4 1998

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

| | |
|---|---|
| TERRI L. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTH CAROLINA,<br><br>    Defendant. | CIVIL ACTION NO. 3:98-1315-19BD<br><br>ORDER |

This matter is before the Court pursuant to a motion to compel which has been filed by the Defendant. This party seeks to compel the Plaintiff to comply with the disclosure requirements of Local Rule 26.09. Defendant's motion contains a certificate of service on Plaintiff's counsel.

As the requisite time for responding pursuant to Local Rule has expired, and no response having been filed by the Plaintiff, the motion is **granted**. Plaintiff shall submit proper responses under Local Rule 26.09(A), (B) and (C) within ten days of the date of this order.

**IT IS SO ORDERED.**

                                            Bristow Marchant
                                            United States Magistrate Judge

Columbia, South Carolina

November 23, 1998