FILED
NOV 27 1998
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

FILED
NOV 24 1998
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Terri L. Williams,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)　CASE NO. 3:98-1315-19BD
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
University of South Carolina,　　　 )
　　　　　　　　　　　　　　　　　　)
　　　Defendant,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
_____ )

PLAINTIFF'S MOTION TO MODIFY
SCHEDULING ORDER

Plaintiff Terri L. Williams, with the consent of counsel for Defendant University of South Carolina, moves this Court for an Order modifying the Scheduling Order entered in this case on September 21, 1998. As grounds for its Motion, Plaintiff states as follows:

1. The Court's order dated September 21, 1998 provided:

   a. That discovery in this case was to have been completed no later than December 1, 1998, and

   b. That all other motions, except those relating to the admissibility of evidence at trial and those to compel discovery, shall be filed no later than December 15, 1998.

   c. That this case shall be subject to be called for trial on or after February 1, 1999, unless otherwise ordered by the Court.

2. That on November 9, 1998 counsel for Defendant duly noticed two (2) of Plaintiff's expert witness for depositions prior to the December 1, 1998 discovery deadline; however, one of Plaintiff's experts -- an economist -- needs additional time

1

to complete his report concerning Plaintiff's damages and the other expert -- a physician -- is not available for deposition on the scheduled date.

3. Plaintiff and Defendant have diligently pursued discovery, but have been unable to complete the depositions of Plaintiff's experts because of the problems identified above.

4. Plaintiff therefore seeks to extend the time for discovery by an additional fifteen (15) days.

5. Defendant, through its counsel, consents to this Motion and the modifications set out below.

Plaintiff requests the Court modify its Scheduling Order as follows:

1. Discovery shall be completed by no later than December 16, 1998.

2. All other motions, except those relating to the admissibility of evidence at trial and those to compel discovery shall be filed by no later than December 31, 1998.

3. This case shall be subject to be called for trial on or after February 1, 1999, unless otherwise ordered by the Court.

Dated this 23 day November 1998.

Respectfully Submitted,

Milton G. Kimpson, Fed ID No 5508
Attorney for the Plaintiff
P.O. Box 805
Columbia, South Carolina 29202

Columbia, South Carolina