IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

FILED JAN 14 1999
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

FILED JAN 15 1999
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

Entered: 1-15-99

Terri L. Williams,

    Plaintiff,

v.

University of South Carolina

    Defendant,

) CASE NO. 3:98-1315-19BD

25

PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Plaintiff Terri L. Williams, with the consent of counsel for Defendant University of South Carolina, moves this Court for an Order allowing her an additional period of time until January 19, 1999 to file a response to Defendant's Motion for Summary Judgement. As grounds for its Motion, Plaintiff states as follows:

1. Defendant's Motion for Summary Judgement was filed on December 31, 1998.

2. Given the fifteen (15) days for response as provided for by Local Rule 7.06, Plaintiff's response would have been due by January 15, 1999.

1

24